# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSQ FUNDING GROUP L.C., a Florida limited liability company, | Case No. 2:16-CV-03976-SVW-SKx |
| Plaintiff, | **STIPULATED JUDGMENT AGAINST ALTITUDE MARKETING, INC.** |
| vs. | |
| ALTITUDE MARKETING, INC., a Colorado corporation, | The Honorable Stephen V. Wilson |
| Defendant. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** pursuant to the Stipulation for Entry of Judgment dated as of August 1, 2016 between Plaintiff LSQ Funding Group L.C., a Florida limited liability company ("LSQ"), and Defendant Altitude Marketing, Inc., a Colorado corporation ("Altitude"), a copy of which is concurrently filed herewith, that LSQ shall recover from, and judgment shall be entered against Altitude in the amount of $225,000. Post-judgment accrues at the legal rate per annum.

DATED: April 12, 2017

The Honorable Stephen V. Wilson
Judge of the United States District Court
Central District of California

BUCHALTER
A Professional Corporation
San Francisco

STIPULATED JUDGMENT AGAINST ALTITUDE
MARKETING, INC.
BN 21253964v2

Case No. 2:16-CV-3976